

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00364-CV

| | | |
|---|---|---|
| In re Taylor Morrison of Texas, Inc. d/b/a Morrison Homes | § | Original Proceeding |
| | § | From the 153rd District Court |
| | § | of Tarrant County (153-223751-07) |
| | § | February 6, 2014 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by relator Taylor Morrison of Texas, Inc. d/b/a Morrison Homes. We conditionally grant relator's petition. Writ will issue only if the trial court fails to vacate its August 30, 2013 judgment in accordance with the opinion.

It is ordered that real parties in interest, Sheffield Development Company, Inc., CTL/Thompson Texas, LLC and Michael L. Lester, P.E., pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By ___/s/ Lee Gabriel_____
Justice Lee Gabriel